# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AVIS V. DRUMMOND, ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAROLYN W. COLVIN, ACTING ) <br> COMMISSIONER OF SOCIAL ) <br> SECURITY ADMINISTRATION, ) <br> ) <br>     Defendants. ) <br> ) | Case No.:  2:13-cv-01247-GMN-CWH <br><br> **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE C.W. HOFFMAN, JR.** |

Before the Court for consideration is the Findings and Recommendation (ECF No. 2) of the Honorable C.W. Hoffman, Jr., United States Magistrate Judge, entered July 16, 2013.

Pursuant to Local Rule IB 3-2(a), objections were due by August 2, 2013.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Hoffman's Recommendation should be and hereby is **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Application to Proceed *in Forma Pauperis* (ECF No. 1) is hereby **DENIED**.  Plaintiff shall pay the filing fee of $400.00 **not later than September 12, 2013**.  Plaintiff's failure to pay the filing fee by that date will result in the Clerk of Court **DISMISSING** this action and closing the case.

**IT IS FURTHER ORDERED** that the Plaintiff's Request for an Extension to Pay Court Filing Fee (ECF No. 3) is hereby **GRANTED**.  Plaintiff shall have until **September 12, 2013** in which to comply with this Court's Order (ECF No. 2) to pay the court filing fee of $400.00.  If Plaintiff fails to pay the filing fee by **September 12, 2013**, the Clerk of the Court is directed to **DISMISS** this action and close the case.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment with the provision that Plaintiff has until September 13, 2013 if the filing fee is not paid, and failure to do so will result in the case being closed.

**DATED** this 22nd day of August, 2013.

_____
Gloria M. Navarro
United States District Judge