# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AVIS DRUMMOND,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>CAROLYN W. COLVIN, acting<br>Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No.: 2:13-cv-01247-GMN-CWH<br><br>**ORDER ACCEPTING REPORT &<br>RECOMMENDATION OF MAGISTRATE<br>JUDGE HOFFMAN** |

　　　　Before the Court for consideration is the Report and Recommendation (ECF No. 17) of the Honorable C.W. Hoffman, Jr., United States Magistrate Judge, entered August 14, 2014.

　　　　Pursuant to Local Rule IB 3-2(a), objections were due by August 31, 2014.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Hoffman's recommendation that Plaintiff's Motion to Remand (ECF No. 13) be **Granted** and that Defendant's Cross-Motion to Affirm (ECF No. 15) be **Denied**.  Therefore, the Court has determined that Magistrate Judge Hoffman's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

　　　　**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 17) is **ACCEPTED and ADOPTED in full.**  The Clerk of the Court shall remand this case to the Social Security Administration.

　　　　**DATED** this 10th day of September, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Gloria M. Navarro, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court