# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

AVIS V. DRUMMOND,

        Plaintiff,

vs.

CAROLYN W. COLVIN,

        Defendant.

Case No.: 2:13-cv-01247-GMN-CWH

**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE C.W. HOFFMAN, JR.**

     Before the Court for consideration is the Report and Recommendation (ECF No. 25) of the Honorable C.W. Hoffman, Jr., United States Magistrate Judge, entered July 15, 2016.

     Pursuant to Local Rule IB 3-2(a), objections were due by August 1, 2016.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge C.W. Hoffman, Jr.'s Recommendation should be accepted.

     Accordingly,

     **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 25) is **ACCEPTED**.

     **IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees (ECF No. 23) is **GRANTED** in the amount of $17,420.

     **IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly.

///

///

///

**IT IS FURTHER ORDERED** that Plaintiff's attorney Marc V. Kalagian must refund $3,400, the amount of EAJA attorney's fees previously paid to him by Commissioner, to Plaintiff Avis V. Drummond.

**DATED** this __23__ day of August, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court