AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

Avis V. Drummond

Plaintiff,

V.

Carolyn W. Covin

Defendant.

**AMENDED JUDGMENT IN A CIVIL CASE**
Attorney's Fees

Case Number:  2:13-cv-01247-GMN-CWH

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered for attorney's fees in the amount of $17,420.00 in favor of Plaintiff against Defendant.  IT IS FURTHER ORDERED that Plaintiff's attorney, Marc V. Kalagian must refund $3,400, the amount of EAJA attorney's fees previously paid to him paid by Commissioner, to Plaintiff Avis V. Drummond.

August 24, 2016                                                    /s/ Lance S. Wilson

Date                                                                        Clerk

                                                                              /s/ Justin Matott

                                                                              (By) Deputy Clerk