Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Avis V. Drummond

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AVIS V. DRUMMOND,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:13-cv-01247-GMN-CWH<br><br>UNOPPOSED MOTION TO WITHDRAW PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION AND ORDER RE: ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(B) (ECF NO. 29) AND PLAINTIFF'S MOTION FOR RECONSIDERATION AND SANCTIONS (ECF NO. 31); DECLARATION OF AVIS V. DRUMMOND |

TO DEFENDANT NANCY A. BERRYHILL, AS THE ACTING COMMISSIONER OF SOCIAL SECURITY, AND TO HER ATTORNEYS OF RECORD:

Marc V. Kalagian, as the attorney of record for Avis V. Drummond, requests that Plaintiff's Objections To Report And Recommendation And Order Re: Attorney Fees Pursuant To 42 U.S.C. § 406(b) (ECF No. 29) and Plaintiff's Motion For Reconsideration And Sanctions (ECF No. 31) be withdrawn without prejudice. Counsel files this request at the direction and request of Plaintiff who

-1-

does not oppose the order and judgment of the Court awarding attorney fees under 42 U.S.C. § 406(b) (ECF No. 26 and 28). Declaration of Avis V. Drummond.

Counsel for Defendant has indicated via email on April 11, 2019 that the motion to withdraw without prejudice is not opposed.

DATE: April 11, 2019          Respectfully submitted,

ROHLFING & KALAGIAN, LLP

/s/ *Marc V. Kalagian*
BY: _____
Marc V. Kalagian
Attorney for plaintiff AVIS V. DRUMMOND

## ORDER

**IT IS HEREBY ORDERED** that the above Unopposed Motion to Withdraw Plaintiff's Objections and Motion for Reconsideration, (ECF No. 34), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motions for Ruling, (ECF Nos. 32, 33), are **DENIED as moot**.

**DATED** this  17  day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

## DECLARATION OF AVIS V. DRUMMOND

I, Avis V. Drummond, declare as follows:

1. I am the plaintiff in the matter Drummond v. Berryhill, 2:13-cv-01247-GMN-CWH. If called to testify, I could and would competently testify to the matters set forth herein.

2. After discussion with my attorney Marc V. Kalagian, I request that the Court allow me to withdraw my Objections to Report And Recommendation And Order Re: Attorney Fees Pursuant To 42 U.S.C. § 406(b). (ECF No. 29) and my Motion For Reconsideration And Sanctions (ECF No. 31).

3. My attorney and I have reached a mutual agreement on the matter of attorney fees and no further action is required by the Court.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 9th day of April 2019 at Las Vegas, Nevada.

Avis V. Drummond

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 211 East Ocean Boulevard, Suite 420, Long Beach, CA 90802. On April 11, 2019, I served the foregoing document described as UNOPPOSED MOTION TO WITHDRAW PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION AND ORDER RE: ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(B) (ECF NO. 29) AND PLAINTIFF'S MOTION FOR RECONSIDERATION AND SANCTIONS (ECF NO.  31); DECLARATION OF AVIS V. DRUMMOND  on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope by **U.S.  mail** addressed as follows:

Ms. Avis V. Drummond
38 East Serene Ave., Unit 335
Las Vegas, NV 89123

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  I declare that I am employed in the office of a member of this court at whose direction the service was made.

| Mayra Pulido | /S/ Mayra Pulido |
|---|---|
| TYPE OR PRINT NAME | SIGNATURE |

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:13-CV-01247-GMN-CWH**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on April 11, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff

-3-